No. 13,393.

FIRST BAPTIST CHURCH OF GRANADA *v.* FIELDEN.
(26 P. [2d] 1119)

Decided November 6, 1933.

MR. ALLYN COLE, for plaintiff in error.

Messrs. GORDON & ALLOTT, for defendant in error.

No. 13,411.

GRANGE MUTUAL FIRE INSURANCE COMPANY *v.* SPANGLER.
(26 P. [2d] 1119)

Decided November 13, 1933. Rehearing denied November 20, 1933.

Mr. FRANK SEYDAL, for plaintiff in error.

Mr. S. M. TRUE, for defendant in error.